**FILED**
JUL 3 0 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 09CR3134W |
|---|---|
| Plaintiff, | JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AS TO THE DEFENDANT 2 AND RECALL ARREST WARRANT |
| v. | |
| DAVID BANUELOS-LOPEZ (2), | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice as to defendant DAVID BANUELOS-LOPEZ only, and the Arrest Warrant be recalled.

IT IS SO ORDERED.

DATED: 7/30/15

HONORABLE THOMAS J. WHELAN
United States District Judge